Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
_____ District of _____
_Butte_ Division

Jesse Lee Faircloth (Hopkins)
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jim Salmonsen Warden
Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
(to be filled in by the Clerk's Office)

There is copies of the Answered Kites from Carla Stautzel Refusing to move me

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

Requesting the court to Appoint A severe Rape victim An Advocate or Counsel — Also Iserious Brain injury from cow kick at the prison 2 years Ago left the prison

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Discovery of Documents Filed with For Security & Retaliation purposes And continued staff Misconduct.

Page 1 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jesse Lee Faircloth Hopkins
All other names by which you have been known:
ID Number: 2125628
Current Institution: Montana State Prison
Address: 700 Conley Lake RD
Deer Lodge, MT 59722

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Dale & Dave @ Dairy for MCE
Job or Title: C/O Teegan
Shield Number:
Employer:
Address: Montana State Prison, 700 Conley Lake RD, Deerlodge MT 59722
[X] Individual capacity   [X] Official capacity

Separate incident — Still having trouble remembering things two years later and emotional & brain damage from this that will never go away or stop.

Defendant No. 2
Name: Montana Correctional Enterprises / Dr. Jauch
Job or Title: Psychiatrist for SAU
Shield Number:
Employer:
Address: Montana State Prison, Deerlodge, MT
[X] Individual capacity   [X] Official capacity



2

Defendant No. 3
Name: Michelle Steyh
Job or Title (if known): Mental Health Professional
Shield Number:
Employer:
Address: Montana State Prison
700 Conley Lake RD
Deerlodge, MT

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: SGT Arnison - & SGT Cooke
Job or Title (if known): Sargeant
Shield Number:
Employer:
Address: Montana State Prison
700 Conley Lake RD

[X] Individual capacity   [X] Official capacity

7 Other Defendants - on the Addendum to this complaint

II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eight Admendment - Negligence - Deliberate indiference

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

3

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. *Failure to Protect - serious Bodily injury to Rectal Areas*
*Personal Space, During A sexual assault with inmop Hawket*
*they had re chance to move us on two separate occasion*

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

*Addendum explains This very well*

4

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

MONTAUA STATE PRISON SAU - Protective Custody

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

This is A claim of infliction where A mop handle was shoved in my rectum after I was asking to move to a single cell

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Montana State Prison, Deer Lodge.

2. What did you claim in your grievance?

   That I was physically Hurt and This could've been Avoided, Failed to protect on Two seperate instance, see That an investigation be done For area & staff.

3. What was the result, if any?

   Missconduct and it was granted in part & Attatched

   Granted in part & later granted in Full - as attached.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   They granted it and said I could move to PLRA

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

Filed - Left prison to streets after severe cell kick
AT MCCov Camera - FA was wrote Thews Fered

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

ST. Patricks Missoula Antiseat with a 3 Day Loma By Drew specialist.

INFormed Collen Ambrose of my claim &
Tried to settle at 10,000.00 for negligen
Because Dale to Dave had me Hoof Trimming Lexus
UNTrained.

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Sent my Complaint to Collen Ambrose - No Response

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court (if federal court, name the district; if state court, name the county and State)

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) MSP - Jesse Lee Hopkins Faircloth
   Defendant(s) Warden & Doctor Pehawian

2. Court *(if federal court, name the district; if state court, name the county and State)*

   Federal - US District For Butte Division

3. Docket or index number

4. Name of Judge assigned to your case

   Jeremiah Lynch - And want Him struck

5. Approximate date of filing lawsuit

   Approx 2009

6. Is the case still pending?

   ☐ Yes
   ☒ No

   If no, give the approximate date of disposition   Unknown

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   I've Been victimized enough in this.

9

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-12-2022

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Jesse Lee Hopkins (Fawcett)
Prison Identification #: AO#2125628
Prison Address: 700 Conley Lake RD.
Deer Lodge, MT 59722

### B. For Attorneys

Date of signing: _____
Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
Telephone Number: _____
E-mail Address: _____

10